*Assistant Attorney General Holland, Ellis N. Slack, Robert N. Anderson* and *Fred E. Youngman* for respondent.

No. 473. ALKER ET AL. *v.* BUTCHER & SHERRERD ET AL. C. A. 3d Cir. Certiorari denied. *Francis E. Walters, Edwin Hall, II,* and *Harry J. Alker, Jr.* for petitioners. *Thomas Raeburn White* and *Thomas B. K. Ringe* for respondents.

No. 456. HUGHES CONSTRUCTION Co. *v.* SECRETARY OF LABOR. C. A. 5th Cir. Mitchell, present Secretary of Labor, substituted as the party respondent. Certiorari denied. *Eberhard P. Deutsch* and *René H. Himel, Jr.* for petitioner. *Acting Solicitor General Stern, Bessie Margolin* and *Sylvia S. Ellison* for respondent.

No. 465. VILES *v.* SCOFIELD ET AL. Supreme Court of Colorado. Certiorari denied.

No. 102, Misc. JOHNSON *v.* IOWA. Supreme Court of Iowa. Certiorari denied.

No. 130, Misc. FERGUSON *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 136, Misc. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.